IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02583-ZLW

JOHNNY A. MONTANA,

    Plaintiff,

v.

STEVE HARGETT,
RUDY MARTINEZ,
ANGELA ALCON,
SHERRI VAN METER, and
JANE & JOHN DOE(S), I through X,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 9 2006

GREGORY C. LANGHAM
CLERK

## ORDER REINSTATING CASE

Pursuant to the mandate filed on May 30, 2006, by the United States Court of Appeals for the Tenth Circuit, reversing the Court's January 27, 2006, Order and Judgment of Dismissal, this civil action will be reinstated. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate filed on May 30, 2006, by the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this 8 day of June, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02583-BNB

Johnny A. Montana
Prisoner No. 20951
Wyoming State Penitentiary
PO Box 0400
Rawlins, WY 82301-0400

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/9/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk