IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02583-ZLW

JOHNNY A. MONTANA,

                   Plaintiff,

v.

STEVE HARGETT,
RANDY MARTINEZ,
ANGELA ALCON,
SHERRI VAN METER, and
JANE & JOHN DOES(S), I THROUGH X,

                   Defendants.

_____

ORDER TO CURE DEFICIENCY

_____

Weinshienk, Senior Judge

       Plaintiff submitted  a Notice of Appeal on August 14, 2006 .  The court has determined that

the document  is deficient as described in this order.  Plaintiff will be directed to cure the following

if he wishes to pursue this appeal.

**(A)     Filing Fee**
       _X_     is not submitted


**(B)     Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915
          and Fed. R. App. P. 24**:
       _X_     is not submitted
       ___     is missing affidavit
       ___     is missing certified copy of prisoner's trust fund statement for the 6-month period
                immediately preceding this filing
       ___     is missing required financial information
       ___     is missing an original signature by the prisoner

1

__        is not on proper form (must use the court's current form)

__        other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the

date of this order.  Any papers that Plaintiff filed in response to this order must include the civil

action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy

of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to

Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30

days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this ___17___ day of __August__, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court